**1147**

THOMPSON, Respondent, v. ALDEN et al., Appellants. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Action by Charles D. Thompson, as receiver, against Adelbert H. Alden and others. J. W. Ingram, for appellants. E. P. Lyon, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 119 N. Y. Supp. 742.

---

In re TIBBITTS' WILL. (Supreme Court, Appellate Division, Fourth Department. December 1, 1909.) In the matter of proving the last will and testament of Henry W. Tibbitts, deceased.

PER CURIAM. Judgment and orders affirmed, with costs. See, also, 130 App. Div. 906, 115 N. Y. Supp. 1146.

McLENNAN, P. J., dissents, upon the ground that the finding of the jury was contrary to and against the weight of the evidence.

---

TIMPANO, Appellant, v. MORNING JOURNAL ASS'N et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Micheal Timpano against the Morning Journal Association and the Star Company. No opinion. Order affirmed, with $10 costs and disbursements.

---

TITLE GUARANTEE & TRUST CO., Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) In the matter of supplementary proceedings in an action by the Title Guarantee & Trust Company against Max Brown. No opinion. Motion denied, without costs, on condition that the defendant perfect his appeal by December 20th; otherwise, motion granted, with $10 costs.

---

TITLE GUARANTEE & TRUST CO. v. DUBROFF et al. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by the Title Guarantee & Trust Company against Abraham Dubroff and others. No opinion. Order of the County Court affirmed, with $10 costs and disbursements.

---

TONKONOGY et al., Respondents, v. FUCHS et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Action by George Tonkonogy and another against Abraham Fuchs and others. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs. See, also, 118 N. Y. Supp. 1146.

---

TORREY, Respondent, v. BRUNER, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Frank B. Torrey, as executor, etc., against Evelyn Day Bruner and another. No opinion. Interlocutory judgment affirmed, with costs.

---

TORREY v. BRUNER et al. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Frank B. Torrey, as executor, etc., against Evelyn Day Bruner and others. No opinion. Interlocutory judgment affirmed, with costs.

---

TOWN OF COLESVILLE, Appellant, v. BUMAN, Respondent. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Action by the Town of Colesville against Henry Buman. No opinion. Judgment unanimously affirmed, with costs.

---

In re TOWN OF GROTON. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) In the matter of the application for an order for a special town meeting in the Town of Groton, Tompkins County, N. Y. No opinion. Order unanimously affirmed, with costs, on the opinion of Gladding, J., at Special Term. 63 Misc. Rep. 370, 118 N. Y. Supp. 417.

---

TRAVER, Respondent, v. MURPHY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Action by Byron Traver against Robert P. Murphy and S. W. Glover. No opinion. Motion to dismiss appeal granted, with costs, unless the appeal is perfected and the case is placed on the next calendar of this court.

---

TREETZ, Respondent, v. STATEN ISLAND MIDLAND RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Action by Fredericka Treetz against the Staten Island Midland Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

TREMBLEY, Appellant, v. CRAFT et al., Respondents. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Action by Charles W. Trembley against Elijah R. Craft and another. C. W. Lefler, for appellant. W. B. Ellison, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

---

TRUSSO v. CONEY ISLAND & B. R. CO. (Supreme Court, Appellate Term. December 22, 1909.) Appeal from Municipal Court, Borough of Manhattan, First District. Action by Sebastiano Trusso against the Coney Island & Brooklyn Railroad Company. From a judgment dismissing the complaint, plaintiff appeals. Affirmed. Claude W. Gibson, for appellant. Dykman, Oeland & Kuhn (Edward D. Kelly, of counsel), for respondent.

PER CURIAM. This appeal involved only questions of fact, and we see no reason for disturbing the conclusion reached by the trial justice. The judgment should be affirmed, with costs.